AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA



SERGIO CERVANTES-NAVARRO

V.

UNITED STATES OF AMERICA

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   11CV2796-GT

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

ORDER denying Petition to Vacate under 28 USC 2255 filed by Sergio Cervantes-Navarro.

| December 12, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | K. Ridgeway *(signature: KRidgeway)* |
| | (By) Deputy Clerk |
| | ENTERED ON December 12, 2012 |

11CV2796-GT